CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

October 5, 2015

Mr. Alfred Hendricks, Sr.
P.O. Box 150676
Dallas, Texas 75315

RE:     Court of Appeals Number:     05-15-00521-CV
        Trial Court Case Number:     TX-13-30828

Style:  Alfred Hendricks Sr.
        v.
        Dallas County, et al.

Dear Mr. Hendricks:

The Court is in receipt of Appellant's Motion to Dismiss Appeal dated September 25, 2015. After reviewing Appellant's Motion, the Court has questions. Specifically, the appeal requests dismissal because, "Appellant is unable to carry the burden of this case as it is affecting his poor health and slower recovery  He wishes to come to an agreement to compromise and settle differences in the suit … ." Moreover, the Motion further requests that this Court, "[S]et aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the both parties agreement Tex. R. App. P. 42.1(a)(2)(B) or reversal and rendition of judgment, reversal and modification of the trial courts judgment and / reversal and remand for further proceedings (new trial)."

Under appellate rule 42.1(a)(2)(B) the Court may, (1) dismiss the appeal on motion of Appellant or (2) upon agreement signed by the parties or their attorneys and filed with the clerk. The Court cannot do both.

So that this Court can properly dispose of this appeal, you are directed to file, no later than **OCTOBER 15, 2015**, an amended motion that complies with the rules. Unless an amended motion that complies with the rules is filed, the Court will construe your motion as one in accordance with rule 42.1(a) and will dismiss the appeal.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

ltr/kfa

cc:        Ms. Bridget Moreno Lopez